## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**MARIELLEN CALLOWAY**, *et al.*,

    **Plaintiffs**,

                      **Civil Action 2:20-cv-3035**
                        **Judge Michael H. Watson**
    v.                        **Magistrate Judge Chelsey M. Vascura**

**CITY OF COLUMBUS POLICE VICE SQUAD**, *et al.*,

    **Defendants.**

## NOTICE AND ORDER

The Court advises Plaintiff La Rue Banquet Facility LLC that it can only proceed through licensed counsel in this Court. *See Rowland v. California Men's Colony, Unit 11 Men's Advisory Council*, 506 U.S. 194, 201–02 (1993) ("It has been the law for the better part of two centuries . . . that a corporation may appear in federal courts only through licensed counsel."); *Doherty v. Am. Motors Corp.*, 728 F.2d 334, 340 (6th Cir. 1984) ("[A] corporation cannot appear in federal court except through an attorney.").

In addition, Federal Rule of Civil Procedure 11(a) requires signature by an attorney or, if the party is not represented by an attorney, signature by the party for "[e]very pleading, written motion, and other paper." Fed. R. Civ. P. 11(a). Because a corporation cannot appear in court except through an attorney, "[a] pleading [or motion] by a corporation that is not signed by an attorney is treated as unsigned for Rule 11(a) purposes." *White v. Smith*, No. 2:09-cv-00574, 2010 WL 795967, at *1 (S.D. Ohio March 2, 2010) (citations omitted). "The court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's

or party's attention."   Fed. R. Civ. P. 11(a).

Accordingly, Plaintiff La Rue Banquet Facility LLC is **ORDERED** to retain a trial attorney as provided for in Southern District of Ohio Civil Rule 83.4 **WITHIN THIRTY DAYS OF THE DATE OF THIS ORDER**, and have counsel enter an appearance on its behalf. Failure to comply with this Order may result in dismissal of Plaintiff La Rue Banquet Facility LLC's claims for failure to prosecute.

    **IT IS SO ORDERED**.

      /s/ *Chelsey M. Vascura*
    CHELSEY M. VASCURA
    UNITED STATES MAGISTRATE JUDGE